# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

| | | |
|---|---|---|
| **HELEN REED,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **4:15-cv-00106-JHM-HBB** |
| | ) | |
| **MIDLAND FUNDING, LLC,** | ) | |
| **ATLANTICUS SERVICES CORP.,** | ) | |
| **TRANS UNION, LLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Helen Reed and defendant Midland Funding, LLC ("Midland Funding") (collectively, "the parties"), by and through their undersigned counsel, and hereby notify the Court that a settlement agreement has been reached between the parties.  The parties are presently drafting, finalizing, and executing the settlement and dismissal documents.  The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this 2nd day of December, 2015.

/s/ *David W. Hemminger* (with permission)
David W. Hemminger
Hemminger Law Offices, P.S.C.
616 S. 5th Street
Louisville, KY 40202
Phone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com

Attorney for Plaintiff
HELEN REED

26163268 v1

*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on the following by Electronic Filing, and/or by U.S. First Class Mail, hand delivery, fax or email on this 2nd day of December, 2015:

David W. Hemminger
Hemminger Law Offices, P.S.C.
616 S. 5th Street
Louisville, KY 40202
Phone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*

William Robert Brown
Debra A. Miller
Schuckit & Associates, PC
4545 Northwestern Drive
Zionsville, IN 46077
Phone: (317) 363-2400
Email: wsmith@k-glaw.com
*Attorneys for Trans Union, LLC*

*/s/ Reid S. Manley*
OF COUNSEL