IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| HELEN REED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 4:15-cv-00106-JHM-HBB |
| MIDLAND FUNDING, LLC, | ) |
| ATLANTICUS SERVICES CORP., | ) |
| TRANS UNION, LLC, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

It appearing to the court, as evidenced by the signatures of counsel for the Plaintiff Helen Reed ("Plaintiff") and Defendant Midland Funding, LLC ("Midland"), that the claims against Midland should be dismissed with prejudice, with each party to bear its own costs and fees.

**IT IS THEREFORE ORDERED**, that all of Plaintiff's causes of action against Midland in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees. This Order does not affect Plaintiff's claims against any other defendant.

*[signature]*
Joseph H. McKinley, Jr., Chief Judge
United States District Court

December 11, 2015

26210028 v1

APPROVED BY:

*/s/ David W. Hemminger* (with permission)
David W. Hemminger
Hemminger Law Offices, P.S.C.
616 S. 5th Street
Louisville, KY 40202
Phone: (502) 443-1060
Email: hemmingerlawoffice@gmail.com

Attorney for Plaintiff
HELEN REED


*/s/ Reid S. Manley*
Reid S. Manley
Kentucky Bar No. 90360
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
rmanley@burr.com

Attorney for Defendant
MIDLAND FUNDING, LLC