# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

| | |
|---|---|
| HELEN REED,<br>  Plaintiff,<br><br>  v.<br><br>MIDLAND FUNDING, LLC;<br>ATLANTICUS SERVICES CORP.;<br>and TRANS UNION LLC;<br>  Defendants. | CASE NO. 4:15-cv-00106-JHM-HBB<br><br>**ELECTRONICALLY FILED**<br><br>Judge Joseph H. McKinley, Jr.<br>Magistrate Judge H. Brent Brennenstuhl |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Helen Reed by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated:  March 2, 2016

*s/ David W. Hemminger (with consent)*
David W. Hemminger, Esq.
Hemminger Law Office, P.S.C.
616 South Fifth Street
Louisville, KY  40202
Telephone:  (502) 443-1060
Fax:  (502) 589-3004
E-Mail:  hemmingerlawoffices@gmail.com

*Counsel for Plaintiff, Helen Reed*

Dated: <u>March 3, 2016</u>         <u>s/ Debra A. Miller</u>
William R. Brown, Esq. (IN #26782-48)
Debra A. Miller, Esq. (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
         dmiller@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **3rd day of March, 2016**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| David W. Hemminger, Esq. hemmingerlawoffice@gmail.com | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **3rd day of March, 2016**, properly addressed as follows:

| None. | |
|---|---|

*s/ Debra A. Miller*
William R. Brown, Esq. (IN #26782-48)
Debra A. Miller, Esq. (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
             dmiller@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*
