IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(OWENSBORO DIVISION)

HELEN REED                                                                                           PLAINTIFF

                                                                                    Case No. 4:15-CV-106-JHM
v.

MIDLAND FUNDING, LLC ET AL.                                                      DEFENDANTS

* * * * *

## STIPULATION OF DISMISSAL

Plaintiff, Helen Reed, by counsel, hereby stipulates and agrees that all matters herein between Plaintiff and Defendant, Atlanticus Service Corp. have been compromised and settled, and that Plaintiff's claims against Atlanticus Service Corp. only should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY  40202
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was served via CM/ECF to all counsel of record on this the 9th day of March 2016:

                                       /s/David W. Hemminger\_\_\_